## 47532. BARNWELL v. THE STATE.

STOLZ, Judge. The evidence and assignment of error in all material respects are the same as in *Barnwell v. State,* 127 Ga. App. 335, and the judgment of this court is controlled accordingly.

*Judgment affirmed. Bell, C. J., and Evans, J., concur.*
SUBMITTED SEPTEMBER 7, 1972—DECIDED SEPTEMBER 19, 1972.

*Glenn Zell,* for appellant.
*Lewis R. Slaton, District Attorney, Donald G. Frost, Joseph J. Drolet, Joel M. Feldman,* for appellee.